# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1703. GORDON v. DEUTSCHE BANK et al.**

This appeal was docketed on April 17, 2020. On June 10, 2020, this Court notified appellant Mary Gordon, who is represented by counsel, that she had 20 days to file her initial brief. On June 30, 2020, Gordon attempted to file her brief, but it was returned due to her failure to include a certification of word count. See Rules 24 (f) and 27 (a).

Since the rejection of her proposed brief on June 30, 2020, Gordon has neither filed a proper brief nor asked for an extension of time to do so. This appeal is therefore DISMISSED for failure to file an initial brief. Rule 23 (a) (an appellant's failure to file a timely brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/14/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.